UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR-
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES,

07 CV 5597 (LLS)
ECF CASE

**NOTICE OF MOTION**

                                Plaintiffs,
       -against-

G.G. CONSTRUCTION INC.,

                                Defendant.
------------------------------------------------------------------X
C O U N S E L :

      PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew Grabois, Esq. sworn to on September 5, 2007, the stipulated facts and exhibits annexed thereto, and upon all pleadings and proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the Honorable Louis L. Stanton United States District Court Judge at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 21-C, New York, New York 10007, at a date and time to be set by the Court, for an Order granting plaintiffs' motion for default judgment, and for such other and further relief as the Court deems proper and just.

Dated: New York, New York
       September 5, 2007

                                                        Yours, etc.,
                                                        O'DWYER & BERNSTIEN, LLP
                                       By: _____
                                             ANDREW GRABOIS, ESQ.
                                             Attorney for Plaintiffs
                                             52 Duane Street, 5th Floor
                                             New York, New York 10007
                                             (212) 571-7100

TO: G.G. Construction Inc.
219 Squankum Road
Farmingdale, NJ 07727