UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY        07 CV 5597 (LLS)
DISTRICT COUNCIL OF CARPENTERS ANNUITY         ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN       **CLERKS**
RETRAINING, EDUCATIONAL AND INDUSTRY           **CERTIFICATE**
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES
                                Plaintiffs,

-against-

G.G. CONSTRUCTION, INC.,

                                Defendant.
-----------------------------------------------------------------------X

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on June 12, 2007 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, G.G. Construction, Inc., on June 28, 2007, by delivering one (1) true copy thereof to Carol Vogt, an authorized clerk in the Office of the Secretary of State of the State of New York, and proof of service being filed on August 20, 2007, and by registered mail to G.G. Construction, Inc., 219 Squankum Road, Farmindale, NJ 07727 on June 15, 2007, and proof of service being filed on June 18, 2007.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to complaint herein. The default of the defendant is hereby noted.

Dated: Sept 7 2007
       New York, New York

                                                J. MICHAEL MCMAHON
                                                Clerk of the Court

                                                By: _____
                                                    Deputy Clerk