ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07

------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 5597 (LLS)
ECF CASE

**DEFAULT JUDGMENT**

Plaintiffs,

-against-

G.G. CONSTRUCTION, INC.,

Defendant.
------------------------------------------------------------X

This action having been commenced on June 12, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant G.G. Construction, Inc. on June 28, 2007 by delivering one (1) true copy of the same to the Secretary of the State of New York, pursuant to Section 307 of New York Business Corporation Law, and a proof of service having been filed on August 20, 2007, and by registered mail on June 15, 2007, and a proof of service having been filed on June 18, 2007, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on September 4, 2007, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,400.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,371.50 for a total of $3,771.50 and that G.G. Construction, Inc. and its officers are ordered to produce any and all books and records relating to G.G. Construction, Inc. for the period of June 16, 2006 through April 14, 2007.

Dated: September 18, 2007
New York, New York

_____
Honorable Louis L. Stanton
United States District Judge

This document was entered on the docket on _____.

2

STATE OF NEW YORK )
                  :SS.:
COUNTY OF NEW YORK )

IAN K. HENDERSON, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Queens, New York. On the 6th day of September, 2007, I served plaintiffs' **NOTICE OF MOTION and SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:   G.G. Construction, Inc.
      219 Squankum Road
      Farmingdale, NJ 07727

_____
IAN K. HENDERSON

Sworn to before me this
6th day of September, 2007

_____
NOTARY PUBLIC
MARY GLADYS ORANGA
Notary Public, State of New York
No. 02OR6091298
Qualified in New York County
Commission Expires April 28, 2011